**WO**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Allan S. MacDonald, ) | |
| Plaintiff, ) | |
| v. ) | CIV 04-1001 PHX SMM (VAM) |
| Dora Schriro, et al., ) | O R D E R |
| Defendants. ) | |

It appearing to the Court that defendants' Motion to Strike is now ready for consideration,

**IT IS ORDERED** withdrawing the reference to the Magistrate Judge as to the above-referenced Motion, Document No. 53.  However, all other matters in this action shall remain with the Magistrate Judge for disposition as appropriate.

DATED this 22nd day of November, 2006.

Stephen M. McNamee
United States District Judge