**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Allan S. MacDonald,            ) | CIV-04-1001-PHX-SMM (MHB) |
|                                ) | |
| Plaintiff,            ) | **ORDER** |
|                                ) | |
| vs.                            ) | |
|                                ) | |
| Dora Schriro, et al.,          ) | |
|                                ) | |
| Defendants.           ) | |
|                                ) | |

Plaintiff's objections to the Court's Order denying Plaintiff leave to amend and supplement complaint (Doc. #105) and related request for leave to substitute a typed third amended complaint for the previously lodged handwritten third amended complaint (Doc. #108) now ready for the Court's consideration,

**IT IS HEREBY ORDERED** withdrawing the reference to the Magistrate as to Plaintiff's objections to the Court's Order denying Plaintiff leave to amend and supplement complaint (Doc. #105) and related request for leave to substitute a typed third amended complaint for the previously lodged handwritten third amended complaint (Doc. #108). All other matters shall remain with the Magistrate Judge for disposition as appropriate.

DATED this 24th day of October, 2007.

Stephen M. McNamee
United States District Judge