**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Allan S. MacDonald,               ) | CIV-04-1001-PHX-SMM (MHB) |
|                                             ) |  |
|     Plaintiff,              ) | **ORDER** |
|                                             ) |  |
| vs.                                       ) |  |
|                                             ) |  |
| Dora Schriro, et al.,                ) |  |
|                                             ) |  |
|     Defendants.         ) |  |
| _____) |  |

Defendant Jabczenski's Motion for Summary Judgment (Doc. #110) now ready for the Court's consideration,

**IT IS ORDERED** withdrawing the reference to the Magistrate as to Defendant Jabczenski's Motion for Summary Judgment (Doc. #110). All other matters shall remain with the Magistrate Judge for disposition as appropriate.

DATED this 3rd day of January, 2008.

Stephen M. McNamee
United States District Judge