**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Allan S. MacDonald, ) | CIV-04-1001-PHX-SMM (MHB) |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Dora Schriro, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Defendants' Motion for Clarification of Court's Order Filed December 14, 2007 (Doc. #177) now ready for the Court's consideration,

**IT IS ORDERED** withdrawing the reference to the Magistrate as to Defendants' Motion for Clarification of Court's Order Filed December 14, 2007 (Doc. #177). All other matters shall remain with the Magistrate Judge for disposition as appropriate.

DATED this 24th day of January, 2008.

Stephen M. McNamee
United States District Judge