**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Allan S. MacDonald, | ) | CIV-04-1001-PHX-SMM (MHB) |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Dora Schriro, et al., | ) ) | |
| Defendants. | ) ) ) | |

Before the Court is Defendants'[1] Motion for Clarification of Court's Order (Dkt. 177). Defendants seek clarification of the Order filed December 14, 2007 (Dkt. 160).

## BACKGROUND

On July 9, 2007, Plaintiff filed a motion seeking leave to file a Third Amended Complaint ("TAC") which amended and supplemented the Second Amended Complaint ("SAC"). (Dkt. 97.) The magistrate judge denied Plaintiff's motion for leave to amend and supplement the SAC on the grounds that the proposed amendment was futile and the proposed supplement was more properly the subject of another lawsuit. (Dkt. 104.) Plaintiff filed objections to the order denying the motion (Dkt. 105), and the Court withdrew the reference to the magistrate as to those objections (Dkt. 135).

In the Court's December 14, 2007 Order, Plaintiff's motion for leave to amend

---

[1] Defendants Vinluan, Bevins, Pratt, Schriro, Kanter, Kendall, Macabuhay, Rowe, Tee, Lockhart, Maderazo, Sloan, Jones, Baird, Stapler, Clausen, and Chaney.

1    and supplement the SAC was granted in part and denied in part. (Dkt. 160.) The

2    Court denied Plaintiff's motion for leave to amend and supplement the SAC to

3    assert tort claims against the State of Arizona, claims under the Americans with

4    Disabilities Act ("ADA"), and claims which accrued after Plaintiff's transfer to the Tucson

5    Complex. (Id.) Plaintiff's motion for leave to amend the SAC was granted to

6    include certain additional defendants. (Id.)

7                                          **DISCUSSION**

8             Defendants now seek clarification "regarding . . . claims that were raised for the first

9    time in the TAC but which were not addressed by the December 14, 2007 Order."[2] (Dkt.

10   177, Defs.' Mot. at 2-4.) The Court clarifies its Order as follows.

11            The lodged TAC alleged violations of the Eighth Amendment and the ADA. (Dkt.

12   98, TAC at 4.) The SAC included a claim for violation of Plaintiff's Eighth Amendment

13   right against deliberate indifference to his medical needs. (See Dkt. 18 at 4.) After screening

14   the SAC, the Court found that it sufficiently alleged an Eight Amendment claim. (Dkt. 19,

15   Order dated Jan. 31, 2006, at 4.) Therefore the Eighth Amendment claim was already before

16   the Court when Plaintiff sought leave to file the TAC. The TAC included claims for

17   violation of the ADA, and claims which accrued after his transfer to the Tucson Complex.

18   Plaintiff's motion to amend the Complaint to include the ADA and Tucson claims was

19   denied. (Dkt. 160, Order dated Dec. 14, 2007, at 4-5, 6.)

20            The paragraphs at issue are not "claims" but rather allegations. To the extent the

21   allegations relate to Plaintiff's Eighth Amendment claim and concern the Alhambra, Eyman,

22   or Lewis Complexes, the allegations amend his previously-screened Eighth Amendment

23   claim and are part of the TAC. To the extent the allegations relate to ADA claims or concern

24

25   _____

26            [2] Defendant's motion then lists allegations made in the following paragraphs of the
     TAC: page 4, ¶ 4; page 4-4(a), ¶ 6; page 4(a), ¶ 7; page 4(f), ¶ 44; page 4(f), ¶ 45; and page
27   4(g), ¶ 48.

28                                          - 2 -

1   the Tucson Complex, the allegations are not part of the TAC per the Court's Order dated

2   December 14, 2007.

3                                    **CONCLUSION**

4          **IT IS ORDERED** granting Defendants' Motion for Clarification of Court's Order,

5   and clarifying the Order dated December 14, 2007 as stated above.

6          DATED this 24th day of January, 2008.

7

8

9                                    Stephen M. McNamee
                                     United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                     - 3 -