**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Allan S. MacDonald, | ) CIV-04-1001-PHX-SMM (MHB) |
|   Plaintiff, | ) **ORDER** |
| vs. | ) |
| Dora Schriro, et al., | ) |
|   Defendants. | ) |

Plaintiff's objections (Doc. #207) to the Court's Order denying Plaintiff's motion to compel discovery (Doc. #185) and Plaintiff's motion for reconsideration of the Court's Order denying his motion to compel discovery (Doc. #203) now ready for the Court's consideration,

**IT IS HEREBY ORDERED** withdrawing the reference to the Magistrate Judge as to Plaintiff's objections (Doc. #207). All other matters shall remain with the Magistrate Judge for disposition as appropriate.

DATED this 5th day of March, 2008.

Stephen M. McNamee
United States District Judge