**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Allan S. MacDonald,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Dora B. Schriro, et al.,<br><br>　　　　Defendants. | No. CV 04-1001-PHX-SMM (MHB)<br><br>**ORDER** |

　　The Court having received the Stipulation for Dismissal filed by the parties (Dkt. 256),

**IT IS HEREBY ORDERED** that the above-captioned action is dismissed with prejudice against Defendant Carondelet Health Network dba St. Mary's Hospital only, each party to bear its own costs and fees, including attorneys' fees.

　　DATED this 26th day of September, 2008.

　　　　　　　　　　　　　　　　　　　　　　Stephen M. McNamee
　　　　　　　　　　　　　　　　　　　　　　United States District Judge