**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Allan S. MacDonald,<br><br>    Plaintiff,<br><br>v.<br><br>Dora B. Schriro, et al.,<br><br>    Defendants. | No. CV 04-1001-PHX-SMM (MHB)<br><br>**ORDER** |

The Court having received the Stipulation to Amend Caption to Remove Defendant Carondelet Health Network dba St. Mary's Hospital filed by the parties (Dkt. 258),

**IT IS HEREBY ORDERED** that Defendant Carondelet Health Network dba St. Mary's Hospital be removed from the caption of all future pleadings filed in this case..

DATED this 9th day of October, 2008.

Stephen M. McNamee
United States District Judge