**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Allan S. MacDonald,<br><br>        Plaintiff,<br><br>   v.<br><br>Dora B. Schriro, et al.,<br><br>        Defendants. | No. CV 04-1001-PHX-SMM (MHB)<br><br>**ORDER** |

The Court having received the Stipulation for Dismissal With Prejudice filed by the parties (Dkt. 260),

**IT IS HEREBY ORDERED** that the above-captioned action is dismissed with prejudice against Defendants Dora Schriro, Dennis Kendall, Ronolfo Macabuhay, Richard Rowe, Conchita Tee, John Lockhart, Cesar Maderazo, Donald Sloan, Eduardo Vinluan, Georgiann Bevins, Bruce Kanter, Richard Pratt, Robert Jones, James Baird, Patricia Stapler, Julius Chaney, Larry Clausen, Gene Greeley, Sharon Malcolm, Nia Maxwell, Marilyn Wand, Starlet Whitney Grant, Rod Norrish, and Tina Muzzy.

DATED this 23rd day of October, 2008.

Stephen M. McNamee
United States District Judge