**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Allan S. MacDonald,<br><br>    Plaintiff,<br><br>  v.<br><br>Dora B. Schriro, et al.,<br><br>    Defendants. | No. CV 04-1001-PHX-SMM (MHB)<br><br>**ORDER** |

The Court denied Defendant Jabczenski's Motion for Summary Judgment and stated that "this case will proceed to trial as to Plaintiff's claims of deliberate indifference and medical malpractice against Jabczenski" (Dkt. 249, Order dated July 17, 2008). Defendant Jabczenski remains the only Defendant in this action, as all other named Defendants have been dismissed.

Accordingly,

**IT IS HEREBY ORDERED** setting a telephonic status hearing before the Honorable Stephen M. McNamee for **Monday, November 24, 2008 at 4:00 p.m.** Defendant Jabczenski's presence is welcome, but not required. Defendant's counsel shall initiate a conference call and secure all participants, including Plaintiff MacDonald, on the line before telephoning Judge McNamee's chambers at (602) 322-7555, no later than **3:55 p.m.**, on November 24, 2008.

DATED this 28th day of October, 2008.

_____
Stephen M. McNamee
United States District Judge