**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Allan S. MacDonald, | No. CV 04-1001-PHX-SMM (MHB) |
| Plaintiff, | **ORDER** |
| v. | |
| Dora B. Schriro, et al., | |
| Defendants. | |

At a status conference held on November 24, 2008, the Court indicated that this matter is ready for trial (Dkt. 265, Minute Entry).  The Court stayed all disclosures and discovery pending the resolution of Defendant Jabczenski's status as a state employee or independent contractor (Id.).  The parties were to research the matter and inform the Court of any resolution. In addition, Plaintiff MacDonald requested appointment of counsel to prepare for trial (Id.). Therefore, the Court contacted Mr. Andrew Jacobs of Snell & Wilmer, L.L.P. to conduct a search for possible appointment of counsel for Plaintiff (Dkt. 266, Minute Order).  The Court also stated it would set another status hearing at a later date (Dkt. 265, Minute Entry).

Accordingly,

**IT IS HEREBY ORDERED** setting a telephonic status hearing before the Honorable Stephen M. McNamee for **Monday, February 9, 2009 at 4:00 p.m.**  Defendant Jabczenski's presence is welcome, but not required.

**IT IS FURTHER ORDERED** that Mr. Andrew Jacobs shall appear at the telephonic status hearing to report on the search for possible appointment of counsel for Plaintiff.

1    **IT IS FURTHER ORDERED** that the Clerk of Court shall mail a copy of this Order to

2  Mr. Andrew Jacobs, Snell & Wilmer, L.L.P., One South Church Avenue, Suite 1500, Tucson,

3  Arizona 85701-1630.

4    **IT IS FURTHER ORDERED** that <u>Defendant's counsel</u> shall initiate a conference call

5  and secure all participants, including Plaintiff MacDonald and Mr. Andrew Jacobs, on the line

6  before telephoning Judge McNamee's chambers at (602) 322-7555, no later than **3:55 p.m.**, on

7  February 9, 2009.

8    DATED this 21st day of January, 2009.

9

10

11
                                    Stephen M. McNamee
12                                  United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                       2